FILED

2019 SEP 25 PM 3: 23

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:19-cr-65-Oc-28PRL
    18 U.S.C. § 641

KENNETH EDWARD LOCHREN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about April 1, 2016, and continuing through on or about December 31, 2018, in the Middle District of Florida, and elsewhere, the defendant,

KENNETH EDWARD LOCHREN,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, Title II Retirement and Survivors' Insurance benefits, with the intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: a $35,402 forfeiture money judgment, which represents the proceeds obtained by the defendant as a result of the offense charged in Count One.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
William S. Hamilton
Assistant United States Attorney
Chief, Ocala Division

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

KENNETH EDWARD LOCHREN

## INDICTMENT

Violations: 18 U.S.C. § 641

A true bill,

_____
Foreperson

Filed in open court this 25th day

Of September, 2019.

_____
Clerk

Bail $_____